**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MCGANN, KEVIN | § Case No. 09-31915-BWB |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/04/2011 in Courtroom 201, United States Courthouse, 57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/30/2010            By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: MCGANN, KEVIN

§   Case No. 09-31915-BWB
§
§
Debtor(s)     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $         72,028.84

*and approved disbursements of*              $            90.00

*leaving a balance on hand of*  [1]          $         71,938.84

**Balance on hand:**                         $         71,938.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $            0.00
Remaining balance:                          $         71,938.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 6,851.35 | 0.00 | 6,851.35 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 250.00 | 0.00 | 250.00 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 2,480.00 | 0.00 | 2,480.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 36.51 | 0.00 | 36.51 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,646.40 | 0.00 | 1,646.40 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 14.80 | 0.00 | 14.80 |

Total to be paid for chapter 7 administration expenses:     $         11,279.06
Remaining balance:                                          $         60,659.78

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00

Remaining balance:    $ 60,659.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $ 0.00

Remaining balance:    $ 60,659.78

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,629,796.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 1,002.56 | 0.00 | 23.12 |
| 2 | United States Department of Education | 16,216.66 | 0.00 | 374.05 |
| 3 | United States Department of Education | 9,728.63 | 0.00 | 224.40 |
| 4 | The Private Bank & Trust Co. | 2,577,849.04 | 0.00 | 59,459.80 |
| 5 | Tom & Theodora McGann | 25,000.00 | 0.00 | 576.64 |

Total to be paid for timely general unsecured claims:    $ 60,658.01

Remaining balance:    $ 1.77

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00

Remaining balance:  $ 1.77

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00

Remaining balance:  $ 1.77

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE

Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhatch          Page 1 of 1          Date Rcvd: Dec 30, 2010
Case: 09-31915                 Form ID: pdf006        Total Noticed: 30


The following entities were noticed by first class mail on Jan 01, 2011.
db           +Kevin M. McGann,    15624 Spencer Road,    New Lenox, IL 60451-9519
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +John A Reed,    John A Reed Ltd,    63 W Jefferson St   #200,    Joliet, IL 60432-4335
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
14471674     +Allison McGann,    15624 Spencer Road,    New Lenox, IL 60451-9519
14380274      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
14380275     +Chris Rouskey,    Attorney At Law,    151 Springfield Avenue,    Joliet, IL 60435-6551
14380276     +Chuhak & Tecson, P.C.,    30 S Wacker Drive # 2600,    Chicago, IL 60606-7512
14380280      Douglas E. Thompson,    29549 Shepley Road,    Minooka, IL 60447
14471675     +Emily McGann,    15624 Spencer Road,    New Lenox, IL 60451-9519
14380281     +Eric Swanson,    Attorney At Law,    71 N Ottawa Street,    Joliet, IL 60432-4363
14380282     +Founders Bank,    502 W Mondamin Street,    Minooka, IL 60447-9460
14380283     +Frank Cortina,    Attorney At Law,    124 W Washington Street,    Morris, IL 60450-2145
14380284     +Holsinger & Associates, Ltd.,    101 W Illinois Avenue # 1,    Morris, IL 60450-2292
14471676     +Jennifer McGann,    15624 Spencer Road,    New Lenox, IL 60451-9519
14380285     +Jeremy McPherson,    P.O. Box 86,    Braidwood, IL 60408-0086
14380286     +Kenneth A. Tropp,    26709 S Justin Drive,    Channahon, IL 60410-5414
14380287     +Kimberly J. McGann,    15624 W Spencer Road,    New Lenox, IL 60451-9519
14380289     +Michael A. O'Brien,    Attorney At Law,    124A S County Farm Road,    Wheaton, IL 60187-4596
14380290     +PrivateBankcorp Inc.,    120 S LaSalle Street,    Chicago, IL 60603-3412
14873473     +The Private Bank & Trust Co.,    c/o Chuhak & Tecson, P.C.,    30 S. Wacker Drive,    Suite 2600,
               Chicago, Illinois 60606-7512
14380291     +Tom & Theodora McGann,    17832 Mills Road,    Joliet, IL 60433-8576
14380292    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: U.S. Dept Of Education,    501 Bleecker St,    Utica, NY 13501)
14824402      United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
               Greenville, TX 75403-5609

The following entities were noticed by electronic transmission on Dec 30, 2010.
14380277     +E-mail/Text: jennifer.derlein@citizens1st.com
               Citizens First National Bank,    500 Bob Blair Road,    Minooka, IL 60447-4612
14380278     +E-mail/Text: jennifer.derlein@citizens1st.com
               Citizens First National Bank,    606 S Main St,    Princeton, IL 61356-2080
14619842      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 30 2010 23:49:44      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14380279      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 30 2010 23:49:44      Discover Financial Services,
               Po Box 15316,    Wilmington, DE 19850
                                                                                TOTAL: 4


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14380288    ##+Kirk Ramsey,    P.O. Box 953,    Minooka, IL 60447-0953
                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2011                    Signature:    _Joseph Speetjens_